IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACQUES SAADE,<br><br>        Plaintiff,<br><br>    vs.<br><br>FAY SERVICING, LLC, WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE OF MFRA TRUST 2014-2, and KORDE & ASSOCIATES, P.C.,<br><br>        Defendants. | Civil Action No. _____ |

**FAY SERVCING, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Fay Servicing, LLC ("Fay") hereby files this statement identifying its parent company and any publicly held corporation that owns ten percent of its stock:

Fay is a limited liability company that is wholly-owned by Fay Financial, LLC. No publicly held corporation owns ten percent or more of its stock.

*[signature on the following page]*

Respectfully submitted,

Fay Servicing, LLC,

By its attorneys,

*/s/ Kevin P. Polansky*
Kevin P. Polansky, Esq. (BBO #667229)
kevin.polansky@nelsonmullins.com
Peter Ayers (BBO #708914)
Peter.ayers@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
One Financial Center, Suite 3500
Boston, MA  02111
Tel. (617) 217-4700
Fax (617) 217-4710

Dated: June 21, 2023

## **CERTIFICATE OF SERVICE**

I, Kevin P. Polansky, hereby certify that on June 21, 2023, I caused a copy of the foregoing document to be served upon the following parties and counsel of record by first class mail, postage prepaid:

*Plaintiff:*

Jacques Saade
P.O. Box 15303
Boston, MA 02215

*/s/ Kevin P. Polansky*
Kevin P. Polansky

2